received preferential treatment through special settlements. I agree that the plan would be unfair to the nonconsenting creditors if other creditors, *in the same class*, were given more advantageous treatment by special settlements, or otherwise, than is afforded them by the plan under consideration. But if this is the case, the privilege of amendment of the plan should be allowed.

The case should be reversed and remanded with directions to allow amendments so as to: (a) include as an integral part of the whole plan the plan of special settlements; (b) reclassify the creditors in accordance with the views above set out; and (c) afford to the nonconsenting creditors the opportunity to accept a settlement as favorable as the most liberal special settlement heretofore made to any other creditor of the same class.

Rehearing denied; WALLER, C. J., dissenting.

John C. Lehr, of Detroit, Mich., for appellee.

Before SIMONS, HAMILTON, and MARTIN, Circuit Judges.

PER CURIAM.

The above cause having been restored to the docket by the setting aside of an order of dismissal after representations made to the court that the failure of the appellant's original counsel to file a brief or to appear for argument in support of the appeal was without fault of the appellant, and upon consideration of the brief of substituted counsel and full argument, the court is of the view that there was substantial evidence at the trial to warrant submission to the jury of the question as to the appellant's connection with the unlawful conspiracy charged in the indictment, and that there were no other substantial errors in the trial which were preserved for review; wherefore, it is ordered that the judgment and sentence imposed upon the said appellant in the said cause be and it is hereby affirmed.

## CALDERWOOD v. UNITED STATES.
### No. 9041.

Circuit Court of Appeals, Sixth Circuit.

June 22, 1943.

See, also, Moss v. U. S., 6 Cir., 132 F.2d 875.

William G. Comb and Donald B. Frederick, both of Detroit, Mich., for appellant.

## NATIONAL LABOR RELATIONS BOARD v. GERITY WHITAKER CO. et al.
### No. 9149.

Circuit Court of Appeals, Sixth Circuit.

June 1, 1942.

